# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Jeremy Nathan Gregory            Docket No. 4:08-CR-78-1BO

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeremy Nathan Gregory, who, upon an earlier plea of guilty to Theft of a Firearm From a Federal Firearms Licensee in violation of 18 U.S.C. §§ 922(u) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 15, 2009, to the custody of the Bureau of Prisons for a term of 10 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Jeremy Nathan Gregory was released from custody on December 11, 2009, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 22, 2011, Gregory submitted a urine specimen at the United States Probation Office which yielded positive for marijuana. Subsequently, the defendant provided written admission that he used marijuana on or about February 8, 2011. Gregory was placed in the Surprise Urinalysis Program and agreed to participate in the DROPS program. It is therefore recommended that the conditions of supervised release be modified to include the warrantless search condition and the DROPS sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Jeremy Nathan Gregory
Docket No. 4:08-CR-78-1BO
Petition For Action
Page 2

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

3. The defendant shall immediately serve two days of intermittent confinement in the custody of the Bureau of Prisons, commencing as directed by the Bureau of Prisons and the Probation Office. He shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tuell Waters
Tuell Waters
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: March 18, 2011

ORDER OF COURT

Considered and ordered this 21 day of March, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge